

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHEN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| TONY L. WARE and TRICIA ORTIZ as legal owners and investors, <br><br> Plaintiffs, <br> v. <br><br> WACHOVIA BANK, N.A. <br><br> Defendant. | § § § § § § § § § § | CIVIL ACTION <br> FILE NUMBER: 1:17-CV-01165-MHC |

## DISMISSAL WITHOUT PREJUDICE

**COMES NOW, Dr. TONY L. WARE** and **TRICIA ORTIZ** the Plaintiff in this action pursuant to **Fed.R.CivP. 41(a)(1)(A)(i)** in the above-styled civil action and hereby voluntarily dismiss this civil action against the above-named Defendant, **WACHOVIA BANK, N.A.** without prejudice as a matter of right.

Respectfully submitted this ___3rd___ , day of April 2017.

_____
Dr. Tony L. Ware, PhD, JD, PRO SE
**Attorney for the Plaintiff** [1]

_____
Mrs. Tricia Ortiz, PRO SE
**Attorney for the Plaintiff**

---

[1] **Georgia Uniform Superior Court Rules, Rule 2.1. Attorney states that:**
*"The word "attorney" as used in these rules refers to any person admitted to practice in the superior courts of Georgia, and to any person who is permitted, in accordance with law, to represent a party in an action pending in a superior court of the State of Georgia, and **to any person proceeding pro se in an action** pending in a superior court of this state. The word "attorney" is synonymous with "counsel" in these rules."* Also see **Georgia Supreme Court Rules, Rule 4(g)** which also reads: ***"Pro Se Parties. The words 'counsel' and 'attorney' as used in these rules include pro se parties."***

## CERTIFICATE OF SERVICE

**COMES NOW, Dr. TONY L. WARE, PhD, JD,** the Plaintiff in the above-styled civil action and hereby certify that I have served the Defendant's counsel with Plaintiffs' DISMISSAL WITHOUT PREJUDICE by U.S. First Class Mail with proper postage thereon at the following address to wit:

> Ms. Amy Lucy Hanna, Esq.
> Baker, Donelson, Bearman, Caldwell & Berkowitz
> Suite 1600, Monarch Plaza
> 3414 Peachtree Road, NE
> Atlanta, Georgia 30326

**Respectfully submitted this   3rd   , day of April 2017.**

_____
Dr. Tony L. Ware, PhD, JD, PRO SE
**Attorney for the Plaintiff**

**Please Mail all Notices to:**

**Dr. Tony L. Ware, PhD, JD**
**P.O. Box 150525-Dept. 0227**
**Atlanta, Georgia 30315-0188**
**(404) 944-9638 (Phone)**
**(404) 601-0813 (Fax)**
Email: tonylware@yahoo.com


**Mrs. PATRICIA ORTIZ**
**4287 Highborne Drive, N.E.**
**Marietta, Georgia 30066-2428**
**(678) 777-3274 (Phone)**
Email: mkcmanagement@yahoo.com